IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

M.A. PEREZ,

      Plaintiff,                    No. CIV S-06-1209 DFL GGH P

    vs.

D.L. RUNNELS, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint or obtained the certification required on the application form. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within thirty days of the date of this order, plaintiff shall submit a copy of his trust account statement and a properly completed in forma pauperis application;

/////

1

2. The Clerk of the Court is directed to send plaintiff the form for an in forma pauperis application for a prisoner.

DATED: 7/14/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
per1209.3d