IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCO PEREZ,** | 2:06-cv-01209-RRB-GGH |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants Runnels, Furtado, Alexander, Holmes, Norton, Nickles, Lucas, Stovall, Wright, Peddicord, Wong and Gonzalez are granted a 30 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before October 11, 2007.

DATED: 9/11/07

/s/ Gregory G. Hollows
U.S. Magistrate Judge

per1209.eot