IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO PEREZ,

     Plaintiff,                         No. CIV S-06-1209 JAM GGH P

   vs.

D.L. RUNNELS, et al.,

     Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 11, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant J W Rohlfing was returned unserved because "not at facility." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 2, 2007; and

1

1  2. Within sixty days from the date of this order, plaintiff shall complete and
submit the attached Notice of Submission of Documents to the court, with the following
documents:

    a. One completed USM-285 form for defendant J W Rohlfing;

    b. Two copies of the endorsed amended complaint filed April 2, 2007;

    and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 05/05/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
pere1209.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
| | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____ completed summons form

_____ completed USM-285 forms

_____ copies of the _____
                      Complaint/Amended Complaint

DATED:

_____
Plaintiff