IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO PEREZ,

    Plaintiff,                    No. CIV S-06-1209 JAM GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendant.                 ORDER

_____/

        On April 14, 2008, this court recommended that the October 4, 2007, motion to dismiss filed on behalf of all defendants but for defendant Rohlfing be granted. On June 16, 2008, these defendants filed a motion for protective order. Defendants move for an order staying discovery until the district court rules on the motion to dismiss. Plaintiff has not opposed the motion for protective order. Good cause appearing, this motion is granted.

        Accordingly, IT IS HEREBY ORDERED that defendants' June 16, 2008, motion for protective order (# 28) is granted; discovery is stayed until the district court rules on the motion to dismiss.

DATED: 08/06/08

                                          /s/ Gregory G. Hollows

per.po                                     UNITED STATES MAGISTRATE JUDGE

1