IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO PEREZ,

    Plaintiff,                    No. CIV S-06-1209 JAM GGH P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        For the following reasons, plaintiff is ordered to show cause why the claims against defendant Rohlfing should not be dismissed.

        On July 11, 2007, the court ordered the U.S. Marshal to serve the complaint on defendants. Process directed to defendant Rohlfing was returned unserved because he was not at the facility plaintiff identified in the USM-285 form. Accordingly, on May 5, 2008, the court granted plaintiff sixty days to provide additional information to serve this defendant.

        On July 2, 2008, plaintiff resubmitted the documents necessary to effect service of defendant Rohlfing. On July 25, 2008, the court ordered the U.S. Marshal to re-attempt service of this defendant. On October 8, 2008, process directed to defendant Rohlfing was returned unserved again because defendant is not employed at High Desert State Prison, where plaintiff directed process served. In addition, a note from the U.S. Marshal on the returned USM 285

1

1  form states that per CDC Locator, there is no J.W Rohlfing in the database.

2  Because it appears defendant Rohlfing cannot be served, plaintiff is ordered to
3  show cause why the claims against this defendant should not be dismissed.  Based on the
4  circumstances described above, and because the other defendants have been dismissed, the court
5  cannot assist plaintiff is locating defendant Rohlfing.

6  Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
7  this order, plaintiff shall show cause why the claims against defendant Rohlfing should not be
8  dismissed from this action.

9  DATED:  10/29/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

perez.osc

2