IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCO PEREZ,

      Plaintiff,                    No. CIV S-06-1209 JAM GGH P

   vs.

D.L. RUNNELS, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On October 29, 2008, the court ordered plaintiff to show cause within twenty days why the claims against defendant Rohlfing should not be dismissed. In this order, the court discussed how plaintiff had been unable to provide an address where defendant Rohlfing could be served with process.

        On December 1, 2008, plaintiff filed a response to the October 1, 2008, order. Plaintiff requests thirty days to locate defendant through the Executive Office of the California Medical Board. Good cause appearing, the court will grant plaintiff's request. However, but for a showing of good cause, no requests for extension of time will be granted. If plaintiff cannot locate defendant through the medical board, the court will recommend dismissal.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 1, 2008 request for an extension of time (Docket # 40) is granted;

2. The October 29, 2008, order to show cause is withdrawn; plaintiff is granted thirty days from the date of this order to locate defendant Rolfing;

3. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed April 2, 2007; and

4. Within forty-five days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant J W Rohlfing;

    b. Two copies of the endorsed amended complaint filed April 2, 2007; and

    c. One completed summons form.

DATED: December 16, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

pere1209.36

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO PEREZ, | |
| Plaintiff, | No. CIV S-06-1209 JAM GGH P |
| vs. | |
| D.L. RUNNEL, et al., | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____ / | |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 forms

     _____ copies of the _____
                              Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff